Kimberlee A. Rode (State Bar No. 186132)
Law Office of Kimberlee A. Rode
9284 Jackson Road
Sacramento, CA  95826
Telephone: (916) 417-4564
Facsimile: (916) 244-7006

Attorney for Connie Wilson

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| Connie Wilson,<br>           Plaintiff,<br><br>v.<br><br>JP Morgan Chase Bank, N.A., as successor by merger to Washington Mutual Bank,<br>           Defendant. | Case No.: 2:09-CV-00863-WBS (GGH)<br><br><u>ORDER FOR STIPULATION FOR CHANGING DATE OF HEARING FOR MOTION TO DISMISS</u><br><br>Date: October 26, 2009<br>Time: 2:00 p.m.<br>Courtroom: 5<br>Judge: Hon. William B. Shubb<br><br>Action filed March 29, 2009 |

     COMES NOW Plaintiff Connie Wilson ("Plaintiff"), by and through her attorney of record, The Law Office of Kimberlee A. Rode, and Defendants, JPMorgan Chase Bank, N.A. , as successor by merger to Washington Mutual Bank ( "Defendant"), by and through their attorneys of record, Adorno Yoss Alvarado & Smith, a professional corporation, who stipulate as follows:

    1.    WHEREAS, on August 19, 2009 Defendant filed a Motion to Dismiss to be heard October 13, 2009 at 2:00 p.m.;

    2.    WHEREAS, Plaintiff's counsel has a conflict on that date and made contact with the office of the Defendant's counsel;

    3.    WHEREAS, Plaintiff's counsel verified with the Courtroom Deputy Karen Kirksey Smith the first available date after October 13, 2009 to be October 26, 2009;

Stipulation for changing date of hearing - 1

4.      WHEREAS, counsel for the parties have agreed to continue the hearing for the Motion to Dismiss to October 26, 2009;

5.      WHEREAS, this stipulation will not alter any other date of any other event or any other deadline fixed by an Order of this Court.

**NOW THEREFORE**, IT IS STIPULATED BY AND BETWEEN plaintiff and Defendant, through their respective attorneys of record, as follows:

1. The date for the hearing for the Defendant's Motion to Dismiss shall be October 26, 2009 at 2:00 p.m. in courtroom 5 before the Honorable William B. Shubb.

**IT IS SO STIPULATED.**

**THE LAW OFFICE OF KIMBERLEE A. RODE**

Dated: September 10, 2009

By: /s/ Kimberlee A. Rode
_____
Kimberlee A. Rode, attorney for Plaintiff Connie Wilson

Dated: September 10, 2009

**ADORNO YOSS ALVARADO & SMITH**
A Professional Corporation

By: /s/ S. Christopher Yoo
_____
S. Christopher Yoo, attorney for Defendant JP Morgan Chase Bank, N.A., as successor by merger to Washington Mutual Bank

**IT IS SO ORDERED.**

Date: September 14, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation for changing date of hearing - 2