JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel:  (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., AS AN ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK FROM THE FDIC ACTING AS RECEIVER, erroneously sued as JPMORGAN CHASE BANK, NA., as successor by merger to Washington Mutual Bank

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Connie J. Wilson,<br><br>             Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank, NA., as successor by merger to Washington Mutual Bank,<br><br>             Defendant. | **CASE NO.: 09-cv-00863-WBS-GGH**<br><br>**JUDGE:**     William B. Shubb<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>(Local Rule 6-144)<br><br>**Action Filed:** March 29, 2009 |

///

///

///

///

///

1
[PROPOSED] ORDER

1098772.1

GOOD CAUSE APPEARING and pursuant to the Stipulation by defendant JPMorgan Chase Bank, N.A., as an acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC acting as receiver ("JPMorgan" or "Defendant"), erroneously sued as JPMorgan Chase Bank, NA., as successor by merger to Washington Mutual Bank, and plaintiff Connie J. Wilson ("Plaintiff") to extend time for JPMorgan to respond to the First Amended Complaint ("FAC"), IT IS ORDERED that JPMorgan shall have up to, and including, November 2, 2009, to respond to the FAC.

Date:  October 28, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2
[PROPOSED] ORDER

1098772.1