JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., AN ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK FROM THE FDIC ACTING AS RECEIVER, erroneously sued as JPMORGAN CHASE BANK, NA., AS SUCCESSOR BY MERGER TO WASHINGTON MUTUAL BANK AKA JPMORGAN CHASE BANK, N.A., AS AN ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK FROM THE FDIC ACTING AS RECEIVER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Connie J. Wilson,<br><br>        Plaintiff,<br><br>v.<br><br>JPMorgan Chase Bank, NA., as successor by merger to Washington Mutual Bank aka JPMorgan Chase Bank, N.A., as an acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC acting as receiver and LENDER DOE,<br><br>        Defendants. | **CASE NO.: 09-cv-00863-WBS-GGH**<br><br>**JUDGE:**    Hon. William B. Shubb<br><br>**ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE AT HEARING ON MOTION TO DISMISS**<br><br>**DATE:**    August 30, 2010<br>**TIME:**    2:00 p.m.<br>**CRTRM:**    "5"<br><br>**Action Filed:**    March 29, 2009 |

      The Court having reviewed the Request to Appear by Telephone of defendant JPMorgan Chase Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC acting as receiver ("JPMorgan" or "Defendant"), erroneously sued as JPMorgan Chase Bank, NA., as successor by merger to Washington Mutual Bank aka JPMorgan Chase Bank, N.A., as an

1  acquirer of certain assets and liabilities of Washington Mutual Bank from the FDIC acting as

2  receiver through its undersigned counsel, seeks leave of Court for its counsel to attend the hearing on

3  the Motion to Dismiss ("Motion") before the Honorable William B. Shubb currently set for August

4  30, 2010 at 2:00 p.m. via telephone, as follows:

5      IT IS HEREBY ORDERED, that JPMorgan may appear telephonically at the hearing on the

6  Motion to Dismiss, currently set to be heard on August 30, 2010 at 2:00 p.m. in Courtroom 5, before

7  the Honorable District Judge William B. Shubb of the above-entitled Court, by and through its

8  counsel, S. Christopher Yoo, (714) 852-6868.

9

10  DATED:   July 27, 2010

11

12  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

*Adorno Yoss Alvarado & Smith, Attorneys at Law, Santa Ana*

2
[PROPOSED] ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE

1121166.1